UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>SAN DIEGO STATE UNIVERSITY, et al.,<br><br>    Defendants. | Case No.: 25cv1616-LL-AHG<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT AND DENYING AS MOOT MOTION TO DISMISS COMPLAINT AND MOTIONS TO FILE EXCESS PAGES IN COMPLAINT**<br><br>**[ECF Nos. 2, 12, 13, 15]** |

On September 5, 2025, Defendants moved to dismiss Plaintiff's complaint for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). ECF No. 15. Plaintiff moved to amend his complaint, which, under Rule 15(a)(1)(B), he may do once as a matter of course within 21 days of Defendants' Motion to Dismiss. ECF No. 13. Given that Plaintiff is acting pro se and has not previously amended, the Court would also freely grant him leave to amend under Rule 15(a)(2) as justice so requires.

Accordingly, the Court **GRANTS** Plaintiff's Motion to Amend the Complaint. ECF No. 13. By **September 26, 2025**, Plaintiff shall file his First Amended Complaint. Any amended complaint must be complete in itself without reference to superseded

1

25cv1616-LL-AHG

pleadings, and any claims not realleged in an amended complaint will be considered "waived." *See Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012). The Court also recommends that Plaintiff's First Amended Complaint be no more than 60 total pages. Defendants' Motion to Dismiss the original complaint and Plaintiff's Motions to File Excess Pages in the original complaint are **DENIED AS MOOT**. ECF Nos. 2, 12, 15.

**IT IS SO ORDERED.**

Dated: September 8, 2025

_____
Honorable Linda Lopez
United States District Judge